FILED: August 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7325

(1:10-cv-00029-CCE-LPA)

_____

KALVIN MICHAEL SMITH

      Petitioner - Appellant

v.

TODD PINION, Superintendent

      Respondent - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:10-cv-00029-CCE-LPA |
| Date notice of appeal filed in originating court: | 08/16/2013 |
| Appellant | Kalvin MIchael Smith |
| Appellate Case Number | 13-7325 |
| Case Manager | Amy L. Carlheim<br>804-916-2788 |